# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 308 |
| | : | |
| ORDER AMENDING RULE 1115 OF THE | : | APPELLATE PROCEDURAL RULES |
| PENNSYLVANIA RULES OF | : | DOCKET |
| APPELLATE PROCEDURE | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of October, 2023, it is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1115 of the Pennsylvania Rules of Appellate Procedure is amended in the attached form.

    To the extent that notice of proposed rulemaking would otherwise be required by Pa.R.J.A. 103, the immediate promulgation of the amended and adopted rule is found to be in the interest of efficient administration.

    This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective December 1, 2023.

Additions are bolded and are underlined.
Deletions are bolded and are bracketed.